## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via certified mail on this 23rd day of October 2025, to:

>Jeanine Pirro, Esq.
>U.S. Attorney for the District of Columbia
>U.S. Attorney's Office for D.C.
>601 D Street, NW
>Washington, DC  20530
>
>Pam Bondi, Esq.
>Attorney General of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC  20530
>
>Civil Process Clerk
>U.S. Attorney's Office for D.C.
>601 D Street, NW
>Washington, DC  20530

*With copies to:*

>Donald J. Trump
>The President of the United States
>The White House
>1600 Pennsylvania Avenue, NW
>Washington, DC  20500
>
>Jessica Brown
>Director of the National Park Service
>The Department of the Interior
>1849 C Street, NW
>Washington, DC  22040

1

        Respectfully submitted,

        **CYNERGY CONSULTING GROUP, PLLC**

        /s/ Mark R. Denicore
        Mark R. Denicore, Esq., P.E.
        D.C. Bar #460573
        PO Box 34, 15591 Second Street
        Waterford, VA 20197
        Phone: (703) 819-3688
        E-mail: denicorem@contactcynergy.com
        *Counsel for Plaintiffs Charles K. Voorhees and Judith A. Voorhees*