IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES K. VOORHEES AND JUDITH A. VOORHEES<br><br>**Plaintiffs,**<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; and JESSICA BROWN, in her official capacity as the Director of the National Park Service,<br><br>**Defendants.** | Civil Action No.: 1:25-cv-03761 |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs and their counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice, against the Defendants.

Respectfully submitted,

CYNERGY CONSULTING GROUP, PLLC

/s/ Mark R. Denicore
Mark R. Denicore, Esq., P.E.
D.C. Bar #460573
PO Box 34, 15591 Second Street
Waterford, VA  20197
Phone:  (703) 819-3688
E-mail:  denicorem@contactcynergy.com
*Counsel for Plaintiffs Charles K. Voorhees and Judith A. Voorhees*

Date:  October 28, 2025